JS-6

Tony S. Adderley, Esq.  (310) 563-2153
Bar No. 238729
5757 W. Century Blvd. Ste. 700
Los Angeles, CA 90045
e-mail: tsadderley@msn.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK H. VINCES,<br><br>       Applicant,<br><br>   vs.<br><br>CAROLY W. COLVIN Acting COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>       Defendant | Case No.: CV13-5742 SVW(DTB)<br><br>ORDER OF DISMISSAL |

    Based upon the parties' STIPULATION FOR DISMISSAL, the above captioned matter is dismissed without prejudice, with each party to bear its own fees, costs and expenses.

Dated May 28, 2014

                                  STEPHEN V. WILSON
                                  United States District Judge

- 1